**William L. CAIN, Sr., Petitioner,**

v.

**DEPARTMENT OF the NAVY, Respondent.**

No. 2009–3177.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

Peter J. Eide, Law Offices of Peter J. Eide, LLC, of Columbia, MD, argued for petitioner.

Kenneth D. Woodrow, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

Before RADER, PLAGER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

***AFFIRMED.*** *See* Fed. Cir. R. 36.